1062

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JAMES DOWLING, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 98-1-02048-3, 98-1-01867-5, 98-1-00199-3, Tari S. Eitzen, J., entered November 9, 1998. *Remanded* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.

ELLER CORPORATION, *Respondent*, v. THE DEPARTMENT OF LABOR & INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-03362-9, Michael E. Donohue, J., entered November 12, 1998. *Reversed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.

PAIN DIAGNOSTICS & REHABILITATION ASSOCIATES, P.S., *Appellant*, v. RONALD C. BROCKMAN, D.O., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-06209-3, Bruce W. Cohoe, J., entered November 17, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Morgan, J. Now published at 97 Wn. App. 691.